IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 13-20756-CIV-ALTONAGA/Simonton

EDILBERTO CAVERO,

        Plaintiff,
v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Mercantile Adjustment Bureau, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        s/ Dayle M. Van Hoose
        Dayle M. Van Hoose, Esq.
        Florida Bar No.: 016277
        Kenneth C. Grace, Esq.
        Florida Bar No.: 0658464
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2465
        Facsimile: (866) 466-3140
        kgrace@sessions-law.biz
        dvanhoose@sessions-law.biz
        **Attorneys for Defendant,**
        **Mercantile Adjustment Bureau, LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 29th day of April 2013, a copy of the foregoing was filed via ECF and also mailed to:

  Edilberto Cavero
  1421 SW 107 Ave., #259
  Miami, FL, 33174
  Telephone No. (786) 295-7615

            /s/ Dayle M. Van Hoose, Esq.
            Dayle M. Van Hoose, Esq.