UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20756-CIV-ALTONAGA/Simonton

**EDILBERTO CAVERO**,

    Plaintiff,
v.

**MERCANTILE ADJUSTMENT BUREAU, LLC**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Defendant's Notice of Pending Settlement [ECF No. 18], filed on April 29, 2013. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for final order of dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of April, 2013.

                                              _____
                                              CECILIA M. ALTONAGA
                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record