# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

EDILBERTO CAVERO

   Plaintiff

                Case No.: 13-20756-CIV-ALTONAGA/SIMONTON

MERCANTILE ADJUSTMENT BUREAU LLC

   Defendant



FILED by JK D.C.
APR 30 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff EDILBERTO CAVERO, and respectfully informs the Court that this action between Plaintiff and MERCANTILE ADJUSTMENT BUREAU LLC has been settled. In support of this Notice Plaintiff states the following:

1. The parties reached a settlement on Monday, April 22, 2013.
2. Pursuant to the settlement agreement, Plaintiff will dismiss with prejudice the action against MERCANTILE ADJUSTMENT BUREAU LLC upon receipt of the settlement check Due by May 3, 2013.
3. The Release was signed on April 23, 2013.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be filed with the Clerk of Court and served properly this 30th day of April, 2013 to the Attorneys of the Defendant at the following address:

1

**Kenneth Cleburne Grace**
Sessions, Fishman, Nathan, & Israel, L.L.C.
3350 Buschwood Park Drive
Suite 195
Tampa, FL 33618
813-890-2465
Fax: 866-466-3140
Email: kgrace@sessions-law.biz

Respectfully submitted,

EDILBERTO CAVERO
1421 SW 107 AVE # 259
MIAMI FL 33174
Email: ecavero@aol.com