UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

EDILBERTO CAVERO

   Plaintiff

Case No.: 13-20756-CIV-ALTONAGA/SIMONTON

MERCANTILE ADJUSTMENT BUREAU LLC

   Defendant

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, EDILBERTO CAVERO pro se and Defendant, MERCANTILE ADJUSTMENT BUREAU LLC (MAB) by and trough its undersigned counsel Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and represent to the Court that this matter has been amicably resolved. The parties had executed the settlement agreement and the proceeds have clear the bank. Accordingly the parties request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney fees.

Respectfully submitted this 29th day of May 2013

_____          _____
Edilberto Cavero                  Kenneth Cleburne Grace

1421 SW 107 AVE #259              Sessions, Fishman, Nathan, & Israel, L.L.C.
Miami fl 33174                    3350 Buschwood Park Drive
(786)295-7615                     Suite 195
ecavero@aol.com                   Tampa, FL 33618
                                  (813) 890-2465
                                  Fax: 866-466-3140
                                  Email: kgrace@sessions-law.biz